**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Rodney Sumption,                                              Civil No. 12-927 (RHK/JJG)

                Plaintiff,                           **ORDER FOR DISMISSAL**

v.

Leading Edge Recovery Solutions, LLC,

                Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 5, 2012

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge